MICHAEL D. MILLEN, Esq./ State Bar # 151731
119 Calle Marguerita, Ste. 100
Los Gatos, CA 95032
Telephone: (408) 871-0777
Facsimile: (408) 866-7480
E-Mail: mikemillen@aol.com

Attorneys for Plaintiff
KEVIN J. FARRER

THOMAS F. BERTRAND, Esq./State Bar # 056560
MICHAEL C. WENZEL, Esq./State Bar # 215388
RICHARD W. OSMAN, Esq./State Bar # 167993
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA 94102-1222
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990
E-Mail: mwenzel@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA, DAVID BLANCHARD,
And KEEFE DELAFUENTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN J. FARRER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF ALAMEDA, DAVID BLANCHARD, in his individual and official capacity as a Sheriff's Deputy Sergeant for the COUNTY OF ALAMEDA, and KEEFE DELAFUENTE, in his individual capacity and in his official capacity as a Sheriff's Deputy for the COUNTY OF ALAMEDA,<br><br>　　　　　Defendants. | Case No.  CV12-01728 EDL<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING INITIAL CASE**<br>**MANAGEMENT CONFERENCE** |

---

STIPULATION AND (PROPOSED) ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
*Farrer v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. CV12091728 EDL

**STIPULATION**

Defendants COUNTY OF ALAMEDA, DAVID BLANCHARD, and KEEFE DELAFUENTE and plaintiff KEVIN J. FARRER, by and through their counsel of record, stipulate as follows:

1. An Initial Case Management Conference is scheduled in this matter for July 17, 2012.

2. Defendants are represented by lead trial counsel Michael C. Wenzel in this matter. Mr. Wenzel will be outside of the Bay Area on vacation the week of July 16 - 20, 2012. That vacation was scheduled on April 9, 2012, prior to defendants' receipt of this Court's scheduling order setting an initial Case Management Conference for July 17, 2012.

3. To comply with this Court's standing order that lead trial counsel attend the Case Management Conference, defense counsel respectfully requests this Court continue the Initial Case Management Conference from July 17, 2012 to August 7, 2012, August 21, 2012 or a date otherwise convenient to the Court.

4. Plaintiff, through his counsel, stipulates to this request that the Initial Case Management Conference be continued from July 17, 2012 to August 7, 2012 or August 21, 2012.

5. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

MICHAEL D. MILLEN, ESQ.

Dated: July 10, 2012    By: _____
Michael D. Millen, Esq.
Attorneys for Plaintiff
KEVIN J. FARRER

BERTRAND, FOX & ELLIOT

Dated: July 10, 2012    By:    /s/ *Michael C. Wenzel*

STIPULATION AND (PROPOSED) ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
*Farrer v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. CV12091728 EDL

Michael C. Wenzel
Attorneys for Defendants
COUNTY OF ALAMEDA, DAVID BLANCHARD and KEEFE DELAFUENTE

## ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED.  The initial Case Management Conference scheduled for July 17, 2012 is continued until  August 7 , 2012 at 2:45 p.m.

**IT IS SO ORDERED.**

DATED:  July 11, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge

---

STIPULATION AND (PROPOSED) ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
*Farrer v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. CV12091728 EDL