1  MICHAEL D. MILLEN, Esq./ State Bar # 151731
   119 Calle Marguerita, Ste. 100
2  Los Gatos, CA 95032
3  Telephone: (408) 871-0777
   Facsimile: (408) 866-7480
4  E-Mail: mikemillen@aol.com

5  Attorneys for Plaintiff
   KEVIN J. FARRER
6

7  THOMAS F. BERTRAND, Esq./State Bar # 056560
   MICHAEL C. WENZEL, Esq./State Bar # 215388
8  RICHARD W. OSMAN, Esq./State Bar # 167993
   BERTRAND, FOX & ELLIOT
9  2749 Hyde Street
   San Francisco, CA  94102-1222
10 Telephone:    (415) 353-0999
   Facsimile:    (415) 353-0990
11 E-Mail: mwenzel@bfesf.com

12
   Attorneys for Defendants
13 COUNTY OF ALAMEDA, DAVID BLANCHARD,
   And KEEFE DELAFUENTE
14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18  KEVIN J. FARRER,                         )  Case No.  CV12-01728 EDL
                                             )
19                 Plaintiff,                )
                                             )  **STIPULATION AND [PROPOSED]**
20         v.                                )  **ORDER CONTINUING INITIAL CASE**
                                             )  **MANAGEMENT CONFERENCE**
21  COUNTY OF ALAMEDA, DAVID                 )
    BLANCHARD, in his individual and official)
22  capacity as a Sheriff's Deputy Sergeant for the )
    COUNTY OF ALAMEDA, and KEEFE             )
23  DELAFUENTE, in his individual capacity and )
    in his official capacity as a Sheriff's Deputy )
24  for the COUNTY OF ALAMEDA,               )
                                             )
25                                           )
                   Defendants.               )
26  _____

27

28

---

STIPULATION AND (PROPOSED) ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
*Farrer v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. CV12091728 EDL

# STIPULATION

Defendants COUNTY OF ALAMEDA, DAVID BLANCHARD, and KEEFE DELAFUENTE and plaintiff KEVIN J. FARRER, by and through their counsel of record, stipulate as follows:

1. An Initial Case Management Conference is scheduled in this matter for July 17, 2012.

2. Defendants are represented by lead trial counsel Michael C. Wenzel in this matter. Mr. Wenzel will be outside of the Bay Area on vacation the week of July 16 - 20, 2012. That vacation was scheduled on April 9, 2012, prior to defendants' receipt of this Court's scheduling order setting an initial Case Management Conference for July 17, 2012.

3. To comply with this Court's standing order that lead trial counsel attend the Case Management Conference, defense counsel respectfully requests this Court continue the Initial Case Management Conference from July 17, 2012 to August 7, 2012, August 21, 2012 or a date otherwise convenient to the Court.

4. Plaintiff, through his counsel, stipulates to this request that the Initial Case Management Conference be continued from July 17, 2012 to August 7, 2012 or August 21, 2012.

5. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**


MICHAEL D. MILLEN, ESQ.

Dated: July 10, 2012        By: _____
                            Michael D. Millen, Esq.
                            Attorneys for Plaintiff
                            KEVIN J. FARRER


BERTRAND, FOX & ELLIOT

Dated:  July 10, 2012       By:      /s/ Michael C. Wenzel

1  
2  Michael C. Wenzel  
Attorneys for Defendants  
COUNTY OF ALAMEDA, DAVID  
3  BLANCHARD and KEEFE  
DELAFUENTE  
4  
5  

## ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED. The initial Case Management Conference scheduled for July 17, 2012 is continued until  August 7 , 2012 at 2:45 p.m.

**IT IS SO ORDERED.**

DATED:  July 11, 2012

ELIZABETH D. LAPORTE  
United States Magistrate Judge

---

STIPULATION AND (PROPOSED) ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE  
*Farrer v. County of Alameda, et al.*  
U.S.D.C. Northern District of CA Case No. CV12091728 EDL