MICHAEL D. MILLEN, Esq./ State Bar # 151731
119 Calle Marguerita, Ste. 100
Los Gatos, CA 95032
Telephone: (408) 871-0777
Facsimile: (408) 866-7480
E-Mail: mikemillen@aol.com

Attorneys for Plaintiff
KEVIN J. FARRER

THOMAS F. BERTRAND, Esq./State Bar # 056560
MICHAEL C. WENZEL, Esq./State Bar # 215388
RICHARD W. OSMAN, Esq./State Bar # 167993
BERTRAND, FOX & ELLIOT
2749 Hyde Street
San Francisco, CA  94102-1222
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990
E-Mail: mwenzel@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA, DAVID BLANCHARD,
And KEEFE DELAFUENTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN J. FARRER, | ) | Case No.  CV12-01728 EDL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER CONTINUING CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| COUNTY OF ALAMEDA, DAVID BLANCHARD, in his individual and official capacity as a Sheriff's Deputy Sergeant for the COUNTY OF ALAMEDA, and KEEFE DELAFUENTE, in his individual capacity and in his official capacity as a Sheriff's Deputy for the COUNTY OF ALAMEDA, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

---

STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE
*Farrer v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. CV12091728 EDL

**STIPULATION**

Defendants COUNTY OF ALAMEDA, DAVID BLANCHARD, and KEEFE DELAFUENTE and plaintiff KEVIN J. FARRER, by and through their counsel of record, stipulate as follows:

1. A Case Management Conference is scheduled in this matter for 10:00 a.m. on November 13, 2012.

2. Defendants are represented by lead trial counsel Michael C. Wenzel in this matter. Mr. Wenzel is scheduled be outside of the Bay Area on November 13, 2012 for purposes of attending two hearings in San Joaquin County in the matter of Allred/McFarland v. City of Tracy, Case No. 39-2009-00215510, both of which are scheduled to take place at 9:00 a.m. Mr. Wenzel is lead trial counsel in that matter and is solely responsible for handling the defense. Counsel has attempted to change the date/time of the hearings but one of the involved parties is *pro per* and consent therefore cannot be obtained.

3. To comply with this Court's standing order that lead trial counsel attend the Case Management Conference, defense counsel respectfully requests this Court continue the Case Management Conference from November 13, 2012 to December 4, 2012, December 11, 2012 or a date otherwise convenient to the Court.

4. Plaintiff, through his counsel, stipulates to this request that the Case Management Conference be continued as set forth above.

5. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

MICHAEL D. MILLEN, ESQ.

Dated: November 5, 2012          By: _____/s/ *Michael D. Millen*_____
                                 Michael D. Millen, Esq.
                                 Attorneys for Plaintiff
                                 KEVIN J. FARRER

---

STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE
*Farrer v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. CV12091728 EDL

BERTRAND, FOX & ELLIOT

Dated: November 5, 2012    By: _____/s/ *Michael C. Wenzel*_____
Michael C. Wenzel
Attorneys for Defendants
COUNTY OF ALAMEDA, DAVID BLANCHARD and KEEFE DELAFUENTE

### ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED. The Case Management Conference scheduled for November 13, 2012 is continued until December 4, 2012.

**IT IS SO ORDERED.**

DATED: November 6, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

---

STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE
*Farrer v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. CV12091728 EDL