1  MICHAEL D. MILLEN, Esq./ State Bar # 151731
   119 Calle Marguerita, Ste. 100
2  Los Gatos, CA 95032
3  Telephone: (408) 871-0777
   Facsimile: (408) 866-7480
4  E-Mail: mikemillen@aol.com

5  Attorneys for Plaintiff
   KEVIN J. FARRER
6

7  THOMAS F. BERTRAND, Esq./State Bar # 056560
   MICHAEL C. WENZEL, Esq./State Bar # 215388
8  RICHARD W. OSMAN, Esq./State Bar # 167993
   BERTRAND, FOX & ELLIOT
9  2749 Hyde Street
   San Francisco, CA  94102-1222
10 Telephone:    (415) 353-0999
   Facsimile:    (415) 353-0990
11 E-Mail: mwenzel@bfesf.com

12 Attorneys for Defendants
13 COUNTY OF ALAMEDA, DAVID BLANCHARD,
   And KEEFE DELAFUENTE
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17
   KEVIN J. FARRER,                    )  Case No.  CV12-01728 EDL
18                                     )
                                       )
19          Plaintiff,                 )
                                       )  **STIPULATION AND [PROPOSED]**
20     v.                              )  **ORDER CONTINUING CASE**
                                       )  **MANAGEMENT CONFERENCE**
21 COUNTY OF ALAMEDA, DAVID            )
   BLANCHARD, in his individual and official )
22 capacity as a Sheriff's Deputy Sergeant for the )
   COUNTY OF ALAMEDA, and KEEFE        )
23 DELAFUENTE, in his individual capacity and )
24 in his official capacity as a Sheriff's Deputy )
   for the COUNTY OF ALAMEDA,          )
25                                     )
                                       )
26          Defendants.                )
   _____
27
28
_____
STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE
*Farrer v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. CV12091728 EDL

# STIPULATION

Defendants COUNTY OF ALAMEDA, DAVID BLANCHARD, and KEEFE DELAFUENTE and plaintiff KEVIN J. FARRER, by and through their counsel of record, stipulate as follows:

1. A Case Management Conference is scheduled in this matter for 10:00 a.m. on November 13, 2012.

2. Defendants are represented by lead trial counsel Michael C. Wenzel in this matter. Mr. Wenzel is scheduled be outside of the Bay Area on November 13, 2012 for purposes of attending two hearings in San Joaquin County in the matter of Allred/McFarland v. City of Tracy, Case No. 39-2009-00215510, both of which are scheduled to take place at 9:00 a.m. Mr. Wenzel is lead trial counsel in that matter and is solely responsible for handling the defense. Counsel has attempted to change the date/time of the hearings but one of the involved parties is *pro per* and consent therefore cannot be obtained.

3. To comply with this Court's standing order that lead trial counsel attend the Case Management Conference, defense counsel respectfully requests this Court continue the Case Management Conference from November 13, 2012 to December 4, 2012, December 11, 2012 or a date otherwise convenient to the Court.

4. Plaintiff, through his counsel, stipulates to this request that the Case Management Conference be continued as set forth above.

5. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**


MICHAEL D. MILLEN, ESQ.

Dated: November 5, 2012      By: _____/s/ *Michael D. Millen*_____
                                  Michael D. Millen, Esq.
                                  Attorneys for Plaintiff
                                  KEVIN J. FARRER

---

BERTRAND, FOX & ELLIOT

Dated: November 5, 2012          By:      /s/ *Michael C. Wenzel*
                                      Michael C. Wenzel
                                      Attorneys for Defendants
                                      COUNTY OF ALAMEDA, DAVID
                                      BLANCHARD and KEEFE
                                      DELAFUENTE

### ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to same, the parties' stipulation is hereby APPROVED. The Case Management Conference scheduled for November 13, 2012 is continued until December 4, 2012.

**IT IS SO ORDERED.**

DATED: November 6, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

---

STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE
*Farrer v. County of Alameda, et al.*
U.S.D.C. Northern District of CA Case No. CV12091728 EDL